RECEIVED
APR 28 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

In the United States District Court for the Northern District Of Illinois Eastern Division

| | |
|---|---|
| Michael Brown | ) |
|     Plaintiff | ) |
| V.S | ) |
| | ) 17CV3303 |
| Paul Urban star#7713 | ) JUDGE BLAKEY |
| Karina Aaron star#13705 | ) MAG. JUDGE VALDEZ |
| David Zelig star#5443 | ) |
| Daniel Freeman star#19212 | ) |
| Peter Babich star#13992 | ) |
| Keith Hoffman star#13188 | ) |
|     Defendants | ) |
| | ) |

COMPLAINT

Plaintiff Come Pro-se Allege as Follow;

1) Now Come the Plaintiff is Us Citizen is Bring this Pro-se Civil Action Pursuant to 42 U.S.C 1983 the Jurisdiction of this Court is conferred by U.S.C 1343.

2) Defendant City of Chicago is an Illinois Municipal Corporation Joined in this Action as the -Potential Indemnifier of the Individual Police Officers.

3) Defendant was at all Time Relevant Action under Color of their Authority as Chicago Officers.

4) On November 14 2015 Defendant Arrest Plaintiff and Cause Plaintiff to be Charged with a Criminal Offense Defendants did not have a Lawful Basis on With to Make this Arrest; After Making the Arrest Defendants Prepared False Police Report and Fabricated Evidence that was used to hold Plaintiff in Custody and to be Charged with a Criminal Offense.

5) Thereafter, Defendants Concealed Plaintiff Innocence of any Criminal Wrongdoing From the Prosecutors.

6) Defendant Acted on Retaliation with Multiple Complaint Harassment

In Continue Farther Harass and Strip Searched Plaintiff

With False Criminal Charge were dismissed.

7) As the Direct and Proximate Result of the above Described acts, Plaintiff was Deprived of right Secured by the Fourth and Fourteenth Amendment to the Constitution of the United States.

8) Plaintiff Hereby Demands Trial


Wherefore Plaintiff Requests that judgment be Entered in his Favor and Against Defendants in an Amount in Excess of One Hundred and Fifty Thousand Dollar as Compensatory Damages.

_M. Brown_

Michael Brown

1416 N. Mason

Chicago, Il 60651


CERTIFICATION

By Signing this Complaint I Certify that the Fact State in this Complaint are True to the Best of my Knowledge Information and Belief I Understand that if this Certification not Correct I may be Subject to Sanction by the Court.

Signed this _M. Brown_

MICHAEL BROWN

| CHICAGO POLICE DEPARTMENT | FINAL APPROVAL | CB #: 19222339 |
|---|---|---|
| **ARREST REPORT** | | IR #: |
| 3510 S. Michigan Avenue, Chicago, Illinois 60653 | | YD #: |
| (For use by Chicago Police Department Personnel Only) | | RD #: HY501225 |
| CPD-11. 420C(REV. 6/30) | | EVENT #: 1531807142 |

## ARREST REPORTING

### OFFENDER

Name: BROWN, Michael D
Res:
Unemployed
DOB: 1969
AGE: 46 years
POB: Illinois
STID:
ARMED WITH Unarmed

Beat: 1531

Male
Black
5' 06"
150 lbs
Brown Eyes
Black Hair
Corn Rows Hair Style
Medium Complexion

Marks: Tattoo Cvl W/Hat And Cane on Upper Right Arm



### INCIDENT

Arrest Date: 14 November 2015 12:00
Location: 802 N Lavergne Ave
Chicago, IL 60651
303 - Sidewalk
Holding Facility: District 015 Lockup
Resisted Arrest? No

TRR Completed? No
Beat: 1531

Total No Arrested: 1     Co-Arrests     Assoc Cases
DCFS Ward ? No
Dependent Children? No

### CHARGES

| | | | Victim |
|---|---|---|---|
| 1 | Offense As Cited | 4-64-100 | City Of Chicago |
| | | LICENSE REQUIRED/RETAIL TOBACCO | |
| | | Class L - | |

### RECOVERED NARCOTICS

NO NARCOTICS RECOVERED

IR #:

### WARRANT

NO WARRANT IDENTIFIED

CB #: 19222339

Print Generated By

Page 1 of 3

powered by: CLEAR Technology

06 FEB 2017 07:20

# CHICAGO POLICE DEPARTMENT
# ORIGINAL CASE INCIDENT REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police Department Personnel Only)
CPD-11 388(6/03)-C)

RD #: **HY501225**
EVENT #: **1531807142**
Case ID: 10312326  CASR229

## CLEARED CLOSED (ARREST AND PROSECUTION)

**INCIDENT**

| | |
|---|---|
| IUCR: | 5011 - Other Offense - License Violation |
| Occurrence Location: | 802 N Lavergne Ave<br>Chicago IL<br>303 - Sidewalk |
| Beat: | 1531 |
| Unit Assigned: | 1506D |
| RO Arrival Date: | 14 November 2015 11:45 |
| # Offenders: | 1 |
| Occurrence Date: | 14 November 2015 12:00 |

## VICTIM - Government

**NON OFFENDER**

Name: CITY OF CHICAGO
5701 W Madison St
Chicago, Il
Beat: 1513

**Demographics**
Age: Years

## Injury Info (CITY OF CHICAGO - Victim)

Responding Unit:

## Suspect # 1 — In Custody

Name: BROWN, Michael D
Res: 5010 W Superior St
Chicago IL
Beat: 1531

Unemployed

**Demographics**
Male
Black
5'06,
150 lbs
Brown Eyes
Black Hair
Corn Rows Hair Style
Medium Complexion

DOB: ▮▮▮ 1969
Age: 46 years
Birth Place: IL

Scar Marks Descr: Tattoo on Upper Right Arm

### Injury Info
Responding Unit:

## BROWN, Michael (Suspect)

**GANG INFO**

| | |
|---|---|
| Affiliation: | Member |
| Gang Identifications: | Tattoo<br>Admission |
| Gang Name: | Cicero Insane Vice Lords |

RD #: HY501225

Print Generated By: ▮▮▮    Page 1 of 2    06-FEB-2017 07:23
powered by CLEAR technology

ARREST REPORTING

**REPORTING PERSONNEL**

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

| Attesting Officer: | URBAN, P S | 14 NOV 2015 13:17 |

**ARRESTING OFFICER(S):**

| | | Beat |
|---|---|---|
| 1st Arresting Officer: | URBAN, P S | 1506D |
| 2nd Arresting Officer: | AARON, K | 1506D |

**APPROVING SUPERVISOR:**

| Approval of Probable Cause : | LISOWSKI, J W | 14 NOV 2015 13:20 |

## VICTIM AND COMPLAINANT

**NON-OFFENDER(S)**

Name: CITY OF CHICAGO
Empl: 5701 W Madison St
Chicago, IL

Beat: 1513

DOB:
Age:       years
Comments:

Injured? No    Deceased? No
Hospitalized? No
Treated and Released? No

## ARRESTEE VEHICLE

NO ARRESTEE VEHICLE INFORMATION ENTERED

## PROPERTIES

**Confiscated Properties:**
All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

PROPERTIES INFORMATION FOR    BROWN, Michael,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.

## INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

EVENT #07142. R/os assigned to VRE mission #682199 in the area conducted a surveillance to observe any illicit activity. R/os at that time observed above loitering in the area and approaching numerous passersby. R/os further observed above engage in numerous hand to hand transactions wherein above would receive u.s.c. and tender the passerby cigarettes in exchange. R/os informed e/os who approached above and learned that above did not have a retail tobacco license and related that he was just selling "squares" which is street terminology for cigarettes. Above was placed into custody and transported to the 015th district for processing. Above has I.D., is computer/GIPP/TRAP clear with no SSL listing, has $1.00 u.s.c. and is a self-admitted cicero insane vice lord. Cigarette inventory #13574149. Personal property inventory #13574152 & 13574155. IDOC contacted as above is on parole. No warrant issued with tracer #109354163.

## COURT INFO

Desired Court Date:    21 January 2016
Branch: 23-2    5555 W GRAND - Room
Court Sgt Handle? No
Initial Court Date:    21 January 2016
Branch: 23-2    5555 W GRAND - Room
Docket #:

## BOND INFO

Bond Date: 14 November 2015 17:3
Type:    Recognizance
Receipt #:    I8319158
Amount:    $120.00

# Chicago Police Department - Incident Report

**RD #:** HY501225

DOMESTIC INFO

## OTHER PROPERTIES

**Property #1**                                                    **Possessor/User:** BROWN, MICHAEL D

| | | | | | |
|---|---|---|---|---|---|
| | | | | Used as Weapon? | No |
| **Type:** | Other | **Inventory #:** | 13574149 | Taken/Stolen? | No |
| **Description:** | Newport Cigarette Box | **Owner:** | Michael Brown | Recovered? | Yes |
| | | | | Damaged? | No |

## NARRATIVE

EVENT #07142. IN SUMMARY, R/OS ASSIGNED TO VRE MISSION #682199 IN THE AREA CONDUCTED A SURVEILLANCE TO OBSERVE ANY ILLICIT ACTIVITY. R/OS AT THAT TIME OBSERVED ABOVE LOITERING IN THE AREA AND APPROACHING NUMEROUS PASSERSBY. R/OS FURTHER OBSERVED ABOVE ENGAGE IN NUMEROUS HAND TO HAND TRANSACTIONS WHEREIN ABOVE WOULD RECEIVE U.S.C. AND TENDER THE PASSERBY CIGARETTES IN EXCHANGE. R/OS INFORMED E/OS WHO APPROACHED ABOVE AND LEARNED THAT ABOVE DID NOT HAVE A RETAIL TOBACCO LICENSE AND RELATED THAT HE WAS JUST SELLING "SQUARES" WHICH IS STREET TERMINOLOGY FOR CIGARETTES. ABOVE WAS PLACED INTO CUSTODY AND TRANSPORTED TO THE 015TH DISTRICT FOR PROCESSING. ABOVE HAS I.D., IS COMPUTER/GIPP/TRAP CLEAR WITH NO SSL LISTING, HAS $1.00 U.S.C. AND IS A SELF-ADMITTED CICERO INSANE VICE LORD. CIGARETTE INVENTORY #13574149. PERSONAL PROPERTY INVENTORY #13574152 & 13574155. COURT BRANCH 23-2 ON 21-JAN-2016.
- STAR#: 7713 NAME: PAUL URBAN BEAT: 1506D
- STAR#: 13705 NAME: KARINA AARON BEAT: 1506D
- STAR#: 5443 NAME: DAVID ZELIG BEAT: 1506A
- STAR#: 19212 NAME: DANIEL FREEMAN BEAT: 1506A
- STAR#: 13992 NAME: PETER BABICH BEAT: 1506B
- STAR#: 13188 NAME: KEITH HOFFMAN BEAT: 1506B
DIRECTED MISSION NUMBER=682199

## PERSONNEL

| | Star No | Emp No | Name | User | Date | Unit | Beat |
|---|---|---|---|---|---|---|---|
| Approving Supervisor | 1064 | | PRINTZ, Daniel, W | | 14 Nov 2015 13:11 | 015 | |
| Reporting Officer | 7713 | | URBAN, Paul, S | | 14 Nov 2015 13:07 | 015 | 1506D |



**DATE & TIME OF INCIDENT:**

**METHOD CODE(S):** DNA

**CAU CODE(S):** DNA

**OTHER PROPERTY RECOVERED:**
INV #: 13574149  
Newport Cigarette Box  
**PROPERTY TYPE:** Other  
**OWNER:** Michael Brown  
**POSSESSOR/USER:** Brown, Michael D

**PERSONNEL ASSIGNED:**
Reporting Officer  
URBAN, Paul S    # 7713    BEAT: 1506D

**CRIME CODE SUMMARY:** 5011 - Other Offense - License Violation

**IUCR ASSOCIATIONS:** 5011 - Other Offense - License Violation

BROWN, Michael, D    ( Offender )  
CITY OF CHICAGO    ( Victim )

**REPORT DISTRIBUTIONS:** No Distribution

**INVESTIGATION:**

This is a Method/CAU code Supplementary Report.

# CHICAGO POLICE DEPARTMENT
# CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HY501225**

Case id: 10312326
Sup ID: 11340092 CASR301

| METHOD/CAU CODE | | | DETECTIVE SUP. APPROVAL COMPLETE | |
|---|---|---|---|---|
| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | | IUCR Code |
| OTHER OFFENSE / License Violation | 5011 | OTHER OFFENSE / License Violation | | 5011 |
| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
| 802 N LAVERGNE AVE | 1531 | 1 | 1 | 1 | |
| Location Type | Location Code | Secondary Location | | Hate Crime? |
| Sidewalk | 303 | | | NO |
| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
| 14-NOV-2015 12:00 | 1506D | 14-NOV-2015 11:45 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| MC INERNEY, John | 21216 | MC INERNEY, John | 21216 | | |
| Date Submitted | | Date Approved | | Assignment Type | |
| 15-NOV-2015 11:26 | | 15-NOV-2015 11:27 | | ADMIN | |

## THIS IS A ADMIN INVESTIGATION METHOD/CAU CODE REPORT

**VICTIM(S):** <u>CITY OF CHICAGO</u>  **TYPE:** Government
 BUS:  5701 W Madison St
  Chicago IL

**OFFENDER(S):** **BROWN, Michael D**  -- In Custody --
 Male / Black / 46 Years
 **DOB:** ▓ 1969
 **RES:** ▓

 **BIRTH PL:** Illinois
 **DESCRIPTION:** 5'06,150,Black Hair, Corn Rows Hair Style, Brown Eyes, Medium Complexion
 **SCAR MARKS:** Cvl W/Hat And Cane Tattoo on Upper Right Arm
 **OCCUPATION:** Unemployed
 **OTHER IDENTIFICATIONS:** Type - State Id # ▓
  State - Illinois
 <u>GANG INFORMATION:</u>
  **LISTED CRIMINAL ORGANIZATION:** Cicero Insane Vice Lords
  **GANG IDENTIFIERS:** Tattoo
   Admission

**VICTIM INJURIES** <u>CITY OF CHICAGO</u>
 **CFD RESPONDING UNIT:**

**LOCATION OF INCIDENT:** 802 N Lavergne Ave
 Chicago IL
 303 - Sidewalk
 14-NOV-2015 12:00

